UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:22-CR-00205(6)-ADA |
| | § | |
| (6) LILIANA LUNA | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 17, 2026, wherein the defendant (6) LILIANA LUNA waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (6) LILIANA LUNA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (6) LILIANA LUNA's plea of guilty to Count One S (1s) is accepted.

Signed this 3rd day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE